UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| | ) | VIOLATIONS: |
| v. | ) | 18 U.S.C. § 1709 |
| | ) | Theft of Mail By Postal |
| JOHN N. ERICKSON | ) | Employee |

INFORMATION  **04 CR 10140 GAO**

COUNT ONE:  (18 U.S.C. § 1709 - Theft of Mail By Postal Employee)

The United States Attorney charges that:

On or about January 30, 2004, at Andover, in the District of Massachusetts,

JOHN N. ERICKSON,

defendant herein, did, being a Postal Service employee, steal, abstract, and remove articles and things contained in letters, packages, and mail, which letters, packages, bags and mail had been entrusted to him and had come into his possession intended to be conveyed by mail.

All in violation of Title 18, United States Code, Section 1709.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  *Antoinette E.M. Leoney*

ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

Date: May 10, 2004