UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
                           )
V.                         )   CRIM DOCKET NO: 04CR10140GAO
                           )
JOHN N. ERICKSON           )
                           )
_____)

APPEARANCE OF COUNSEL

Please enter my appearance for the Defendant, John N. Erickson, in the above-entitled matter.

RESPECTFULLY SUBMITTED,
John N. Erickson
By his attorneys,

John J. Burke
BBO #561107
Law Offices of John J. Burke, LLC
30 Massachusetts Avenue, #2
North Andover, MA 01845
Tel. (978) 681-1570

Dated: June 24, 2004